```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


DON DAHL                                          CIVIL ACTION

VERSUS                                            NO. 07-247

SCOTTSDALE INSURANCE COMPANY                      SECTION "F"
```

ORDER AND REASONS

Before the Court is the defendant's request for oral argument on defendant's Motion to Enforce Settlement.  The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors,

1

IT IS ORDERED:  that the request for oral argument on the motion to dismiss is DENIED.

New Orleans, Louisiana, October 10, 2008.

```
              _____
                     MARTIN L. C. FELDMAN
                  UNITED STATES DISTRICT JUDGE
```